UTICA MUTUAL INSURANCE COMPANY, Individually and on Behalf of JOSEPH WEISS, Appellant, *v.* AMSTERDAM COLOR WORKS, INC., Respondent, et al., Defendants.

Argued January 12, 1955; decided March 3, 1955.

*Jacob D. Fuchsberg* and *B. Hoffman Miller* for appellant.

*Benjamin H. Siff, Frederick Mellor* and *John Tullman.* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: DESMOND, DYE, FROESSEL, VAN VOORHIS and BURKE, JJ. CONWAY, Ch. J., and FULD, J., dissent and vote to reverse and to grant a new trial upon the ground that the record presents a question of fact for the jury as to contributory negligence.